# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

Civil Action No. 1:15-cv-00725

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, ) ) ) Plaintiff, ) ) v. ) ) ) ELI GLOBAL, LLC, and ELI RESEARCH, ) LLC ) ) Defendants. ) | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), and prior to service of an answer or motion for summary judgment of Defendants Eli Global, LLC and Eli Research, LLC in this action, Plaintiff Hartford Fire Insurance Company, by and through the undersigned counsel, hereby dismisses this action in its entirety, with prejudice.

Respectfully submitted this 21st day of January, 2016.

BY: /s/ Brian M. Love
Courtney C. Britt, N.C. Bar No. 32625
Brian M. Love, N.C. Bar No. 41397
TEAGUE CAMPBELL DENNIS & GORHAM, LLP
4700 Falls of Neuse Road Suite 450
Raleigh, North Carolina 27619
Telephone: (919) 873-0166
Facsimile: (919) 873-1814
E-mail: cbritt@teaguecampbell.com
E-mail: blove@teaguecampbell.com

*Counsel for Plaintiff, Hartford Fire Insurance Company*

BY: /s/ Michael J. Duffy
Michael J. Duffy, IL Bar No. 6196669
Ashley L. Conaghan, IL Bar No. 6303052
Tressler LLP
233 South Wacker Drive, Suite 2200
Chicago, IL 60606
Telephone: (312) 627-4173
Fax: (312) 627-1717
Email: MDuffy@tresslerllp.com
Email: AConaghan@tresslerllp.com

*Counsel for Plaintiff, Hartford Fire Insurance Company*

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Plaintiff's Notice of Voluntary Dismissal with Prejudice** has been electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notice of such filing to Defendants' local counsel, as follows:

Lindsey Powell
Anderson Jones, PLLC
LPowell@andersonandjones.com.
*Counsel for Defendants Eli Global, LLC and*
*Eli Research, LLC*

I hereby certify that I also served the foregoing document on the remaining counsel of record for Defendants via U.S. Mail and electronic mail as follows:

Aaron Z. Tobin
Anderson Tobin, PLLC
One Galleria Tower
13355 Noel Road, Suite 1900
Dallas, TX 75240
atobin@andersontobin.com
*Counsel for Defendants Eli Global, LLC and*
*Eli Research, LLC*

This the 21st day of January, 2016.

TEAGUE CAMPBELL DENNIS & GORHAM, LLP

BY: /s/ Brian M. Love
Brian M. Love
*Counsel for Plaintiff, Hartford Fire*
*Insurance Company*